J. Erik Heath, Esq. (SBN 304683)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone Number: (415) 391-2391
Facsimile Number: (415) 449-6556
Email Address: erik@heathlegal.com

Attorney for Plaintiff
GENE ARUTA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENE ARUTA,<br>     Plaintiff,<br><br>v.<br><br>KELSTIN GROUP, INC., d/b/a CREDIT BUREAU ASSOCIATES;<br>     Defendant. | Civil Action No. 3:17-cv-5901<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**11 U.S.C. § 1692** *et seq.* |

GENE ARUTA, Plaintiff, brings this action against Defendant Kelstin Group, Inc., d/b/a Credit Bureau Associates, for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

**JURISDICTION AND VENUE**

1.   The Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

2.   Venue is proper in the Northern District of California because a substantial part of the events giving rise to the claims occurred within the district. *See* 28 U.S.C. § 1391(b)(1).

- 1 -
COMPLAINT

3. Pursuant to Local Rule 3-2(c) and (d), this action should be assigned to the San Francisco and Oakland Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Contra Costa County.

## PARTIES

4. Plaintiff **GENE ARUTA** is a citizen of the United States, and is a resident of Contra Costa County, California.

5. Defendant **KELSTIN GROUP, INC. d/b/a CREDIT BUREAU ASSOCIATES** ("CBA"), is a California corporation, who regularly collects or attempts to collect debts. CBA'S principal office is in Fairfield, California, and CBA may be served with process through its registered agent, Justin R. Cullum, 460 Union Ave, Ste. C, Fairfield, California, 94533.

## FACTUAL BACKGROUND

6. On or around October 14, 2016, CBA filed a lawsuit against Plaintiff in the Superior Court of Solano County. (Case No. FCM151863) (the "State Court Lawsuit").

7. According to the state court complaint, Plaintiff had defaulted on a personal vehicle loan with an entity known as Travis Credit Union.

8. According to paragraph 5 of the state court complaint drafted by CBA, venue was appropriate in Solano County because: (1) a defendant entered into the contract there; (2) a defendant lived there when the contract was entered into; (3) a defendant lives there now; and (4) the contract was to be performed there.

9. On or around December 1, 2016, Plaintiff was served with the complaint and summons in the State Court Lawsuit via substitute service at his home in Contra Costa County.

10. Despite having served Plaintiff in Contra Costa County, at no point in time did CBA attempt to transfer venue of the state court lawsuit to Plaintiff's home county.

11. On or around December 29, 2016, Plaintiff traveled to Solano County to file a *pro per* Answer to the State Court Lawsuit, generally denying CBA's allegations.

12. On or around March 22, 2017, the undersigned counsel filed a substitution of attorney on behalf of Plaintiff in the State Court Lawsuit.

13. As of the date of this Complaint, the State Court Lawsuit is still pending.

14. At the time of commencement of the State Court Lawsuit, Plaintiff resided in Contra Costa County, not in Solano County.  CBA is aware of this fact.

15. At no point in time did Plaintiff sign a contract with Travis Credit Union, or with any of its assignees, in Solano County.  CBA is aware of this fact.

16. Upon information and belief, CBA selected Solano County as its venue at least in part because of its own convenience.  Specifically, CBA's main office at 460 Union Avenue in Fairfield is only one block away from the Solano County Courthouse at 580 Texas Street.

17. Upon information and belief, CBA selected Solano County as its venue at least in part because of its tactical advantages.  Specifically, given the volume of cases that CBA files there, and the relatively small venue, CBA is better known by the judges, and it generally receives more favorable outcomes in the venue.

18. On account of Defendant's choice of venue, CBA made it more difficult, time-consuming, and expensive to travel to the inconvenient forum from his home in Contra Costa County.  CBA forum shopping also creates a concrete risk of injury against Plaintiff by giving it an undue tactical advantage in the State Court Lawsuit.

19. On account of Defendant's choice of venue, Plaintiff incurred actual damages in the form of additional costs for counsel to travel to and participate in the Solano County proceedings, and as well as his own additional transportation costs to appear in Solano County.

**CAUSE OF ACTION:**
Fair Debt Collection Practices Act

20. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

21. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

22. The alleged vehicle loan at issue in this case is a consumer debt because it was incurred primarily for personal, family, or household purposes. *See* 15 U.S.C. § 1692a(5).

23. Defendant CBA is a "debt collector," as defined by the FDCPA, 15 U.S.C. § 1692a(6).

24. Defendant CBA uses the mail and telephone communications in its business.

25. Defendant CBA regularly collects or attempts to collect debts asserted to be due to another.

26. Defendant CBA violated the FDCPA by bringing a debt collection action in a county other than one (A) "in which [the] consumer signed the contract sued upon," or (B) "in which [the] consumer resides at the commencement of the action." *See* 15 U.S.C. § 1692i.

27. As a result of CBA's actions, Plaintiff is entitled to an award of actual and statutory damages, as well as an award of costs and attorney's fees.

**WHEREFORE,** Plaintiff, GENE ARUTA, requests that this Court:

(a) Award Plaintiff actual and statutory damages;

(b) Award Plaintiff attorney's fees, litigation expenses, and court costs; and

(c) Grant Plaintiff such other and further relief as is just and proper under the circumstances.

Dated: October 13, 2017                                   J. ERIK HEATH, ATTORNEY AT LAW

*/s/ Jon Erik Heath*_____
J. Erik Heath
Attorney for Plaintiff
GENE ARUTA

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of each and every cause of action so triable.

Dated: October 13, 2017                     J. ERIK HEATH, ATTORNEY AT LAW

 */s/ Jon Erik Heath*
J. Erik Heath
Attorney for Plaintiff
GENE ARUTA